1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney
5          1301 Clay Street, Suite 340S
           Oakland, California 94612
6          Telephone: (510) 637-3680
           FAX: (510) 637-3724
7          brigid.martin@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13
                                    )  CR 14-00287 PJH
14  UNITED STATES OF AMERICA,       )
                                    )
15                                  )  [PROPOSED] ORDER OF DETENTION
                                    )  PENDING TRIAL
16     v.                           )
                                    )
17  KEVIN FUQUA,                    )
                                    )
18        Defendant.                )
                                    )
   _____)
19

20     Defendant Kevin Fuqua is charged with being a felon in possession of a firearm, in violation of

21  18 U.S.C. §922(g)(1).

22     The government moved for the defendant's detention pursuant to 18 U.S.C. § 3142, and

23  requested a detention hearing, as permitted by 18 U.S.C. § 3142(f). On May 28, 2014, following a

24  criminal history check on May 15, 2014, a full detention hearing on May 20, 2014, and a proffer of

25  additional possibly sureties on May 28, 2014, all pursuant to 18 U.S.C. § 3142(f), and considering the

26  Pretrial Services bail study and oral proffers of counsel as reflected on the record, and the factors set

27  forth in 18 U.S.C. § 3142(g), the Court ordered the defendant detained, finding that the government had

28  met its burden of showing by clear and convincing evidence that no condition or combination of

Proposed Order of Detention
CR 14-00287 PJH

1  conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the

2  community.

3       Specifically, the Court took note of the defendant's criminal history as reflected in the Pretrial

4  Services bail study and summarized by the government at the hearing, including a number of arrests and

5  convictions while defendant was on court supervision following previous convictions; defendant's

6  convictions for violent behavior, including a domestic violence felony conviction in 2009 for which

7  defendant was sentenced to two years in prison, and a battery misdemeanor in 2012; defendant's history

8  of drug use; an active restraining order lodged against the defendant through 2020; and the

9  circumstances of the defendant's arrest, during which police officers had to deploy a taser to subdue the

10  defendant.  The Court found that these facts demonstrate that the defendant would be a danger to the

11  community if released.  Therefore, the defendant is ordered detained as no condition or combination of

12  conditions will reasonably assure the safety of any other person and the community.

13       The defendant is committed to the custody of the Attorney General or a designated representative

14  for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or

15  serving sentences or held in custody pending appeal.  18 U.S.C. § 3142(i)(2).  The defendant must be

16  afforded a reasonable opportunity to consult privately with counsel.  18 U.S.C. § 3142(i)(3).  On order

17  of a court of the United States or on request of an attorney for the government, the person in charge of

18  the corrections facility must deliver the defendant to the United States Marshal for court appearances.

19  18 U.S.C. § 3142(i)(4).

20

21       IT IS SO ORDERED.

22

23

24  DATED: 5/29 , 2014

25                                          HON. DONNA M. RYU
                                            United States Magistrate Judge

26

27

28

Proposed Order of Detention
CR 14-00287 PJH